IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 06-522-1 |
| v. | : | |
| | : | CIVIL ACTION |
| DAVID SIERRA | : | NO. 20-2745 |

## **ORDER**

AND NOW, this 8th day of November, 2022, upon consideration of Defendant, David Sierra's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Document No. 105) and the Government's Response in Opposition, it is hereby ORDERED that the Motion is DENIED for the reasons outlined in the accompanying Memorandum Opinion.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.